IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MINISTER DOMINIQUE ALEXANDER**, on behalf of himself, and on behalf of his minor children, K.A and J.A.; **BISHOP GERALD WEATHERALL** and **PASTOR SHANNECA WEATHERALL**, on behalf of themselves and on behalf of their minor children, T.B. and R.B.; **REVEREND BRYANT X. PHELPS**, on behalf of himself and on behalf of his minor child H.P.; **PASTOR KEVIN HARRIS**, on behalf of himself and on behalf of his minor child L.H.; **TIARA COOPER**, on behalf of herself and on behalf of her minor children, J.W. and M.W., and **MINISTER AL-SHAHEED MUHAMMAD** and **ZAETA MUHAMMAD**, on behalf of themselves and on behalf of their minor children, Q.M. and L.M.,<br><br>   Plaintiffs,<br><br>v.<br><br>**MIKE MORATH**, in his official capacity as the Texas Commissioner of Education; **TEXAS EDUCATION AGENCY**; **DALLAS INDEPENDENT SCHOOL DISTRICT BOARD**; **DESOTO INDEPENDENT SCHOOL DISTRICT BOARD**; and **LANCASTER INDEPENDENT SCHOOL DISTRICT BOARD**,<br><br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. **3:25-CV-1614-L** |

**Order – Page 1**

**ORDER**

In its Order of October 30, 2025 (Doc. 4), the court directed Plaintiffs to effect service on Defendants Mike Morath *in his official capacity as the Texas Commissioner of Education*; Texas Education Agency; Dallas Independent School District Board; DeSoto Independent School District Board; and Lancaster Independent School District Board, by **December 1, 2025**, and warned Plaintiffs that if service was not effected on Defendants by this date, the action against Defendants would be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. As of this date, the docket does not reflect that any Defendant has been served. Moreover, Plaintiffs have not requested an extension of the court's deadline, or shown good cause for their failure to effect service as ordered by the court. Accordingly, pursuant to Rule 4(m), this action is **dismissed without prejudice**.

**It is so ordered** this 3rd day of December, 2025.

Sam A. Lindsay
United States District Judge